**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
DEC 16 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 10CR1647-BEN |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| MARIO ALBARO HERREGON (1), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offenses as charged in the Indictment:

TITLE 21 U.S.C. §952 AND 960; TITLE 21 U.S.C. §841(a)(1).

---

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 12, 2011

HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE